**NEW YORK LEGAL ASSISTANCE GROUP**
Danielle Tarantolo
Jane Greengold Stevens
Shanna Tallarico
Jessica Ranucci
7 Hanover Square
New York, NY 10004
Telephone: (212) 613-5000

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Evan R. Fleck
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5000

Aaron L. Renenger (admitted *pro hac vice*)
Stephanie Khandeshi (admitted *pro hac vice*)
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

*Proposed Counsel for the Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 7 |
| TECHNICAL CAREERS INSTITUTES, INC., | Case No. 17- 13232 (MKV) |
| | Adversary Proceeding No. 18-01554 |
| Debtor. | <u>CLASS ACTION</u> |
---------------------------------------------------------------x
| | |
|---|---|
| DAVID FLORES, JENNY GONZALEZ, and ARMANDO PARDO, individually and behalf of all others similarly situated, | RULE 7008 STATEMENT |
| Plaintiffs, | |
| - against - | |
| TECHNICAL CAREER INSTITUTES, INC., | |
| Defendant. | |
---------------------------------------------------------------x

## STATEMENT OF CONSENT

In compliance with Federal Rule of Bankruptcy Procedure 7008, Plaintiffs in the above-captioned adversary proceeding affirm their consent to entry of final orders or judgment by this Court.

Dated: August 24, 2018  
New York, New York

Respectfully submitted,

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

/s/ Stephanie Khandeshi
Stephanie Khandeshi (admitted *pro hac vice*)
Aaron L. Renenger (admitted *pro hac vice*)
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Email: arenenger@milbank.com
       skhandeshi@milbank.com

Evan R. Fleck
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5000
Email: efleck@milbank.com

-and-

**NEW YORK LEGAL ASSISTANCE GROUP**

/s/ Danielle Tarantolo
Danielle Tarantolo
Jane Greengold Stevens
Shanna Tallarico
Jessica Ranucci
7 Hanover Square
New York, NY 10004
Telephone: (212) 613-5000
Email: dtarantolo@nylag.org
jstevens@nylag.org
stallarico@nylag.org
jranucci@nylag.org

*Proposed Counsel for the Student Claimants*